DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WESLEY ANDREW FOX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2248
_____

August 16, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.